```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
 UNITED STATES OF AMERICA                :
                                         :        20cr052 (DLC)
            -v-                          :
                                         :            ORDER
 LUIS FARIAS, a/k/a "Luis Frias,"        :
                                         :
                       Defendant.        :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

On January 4, 2020, after conferring with defense counsel, the Government notified this Court's Chambers that the defendant intends to enter a plea of guilty.  Due to the recent spike in COVID-19 cases, an in-court proceeding may not be available to the defendant.  In addition, due to the increase in demand for videoconference proceedings, a videoconference proceeding may not be available either.  A telephone conference may be available, however.  Accordingly, it is hereby

ORDERED that a change of plea hearing is scheduled for **Friday, January 22, 2021** at **11:00 a.m.**  Defense counsel shall respond to the following two questions by **Friday, January 8:**

1) Does the defendant consent to enter a plea of guilty through videoconference technology?

2) If a videoconference proceeding is unavailable, does the defendant consent to enter a plea of guilty at a telephone conference proceeding?

If the defendant consents to either option, please complete and submit the written consent form attached to this Order if it is feasible to do so.

Dated:  New York, New York
        January 5, 2021

```
                         _____
                              DENISE COTE
                         United States District Judge
```