# Del Valle & Associates

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

Telesforo Del Valle, Jr.

Michael J. Sluka
Lawrence D. Minasian

———

Lucas E. Andino
William Cerbone
Luis N. Colon
Hon. Robert A. Sackett
    of counsel

Email: tdvesq@aol.com

Fax. (212)481-4853

———

Leticia Silva
Legal Assistant

April 13, 2021

The Honorable Denise L. Cote
Senior United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312
-*Via ECF*-

**MEMO ENDORSEMENT**

Re:  USA v. Luis Farias,
     20 Cr. 52 (DLC)

Dear Judge Cote,

    Our office represents Mr. Luis Frias, in the above captioned matter, which is currently scheduled for a Sentencing Hearing on April 23, 2021 at 9:00AM.

    We have not received the final Pre Sentence Report and recommendation on this case. We respectfully request an adjournment of Mr. Luis Frias' sentencing until the week of May 3, 2021; to a date and time convenient to this Court.

    I have spoken to Mr. Luis Frias about his rights to appear before Your Honor in person, and his right to have his attorney next to him during his Sentencing proceedings. He has informed me that he does not wish to waive this right and wants to be physically present at his Sentencing Hearing.

    The Government, by way of A.U.S.A. Thomas J. Wright does not oppose this request for adjournment.

    Thank you for your consideration to this matter.

Application DENIED.
Defendant's sentencing submissions are due April 19, 2021. Government's submissions due April 21.

Respectfully submitted,

*/S/Telesforo Del Valle Jr.*
Telesforo Del Valle, Jr., Esq. Attorney for Luis Frias, Defendant.

SO ORDERED:
April 13, 2021

_____
DENISE COTE
United States District Judge