UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA,           :
                                    :
           -v-                      :        20cr52-4 (DLC)
                                    :
LUIS FARIAS,                        :            ORDER
                                    :
                      Defendant.    :
                                    :
------------------------------------X

DENISE COTE, District Judge:

       It is hereby

       ORDERED that defendant's April 19, 2021 letter motion to

proceed remotely is DENIED.  The sentencing shall proceed as

scheduled on April 23, 2021 at 9:00 AM in Courtroom 18B, 500

Pearl Street.

       SO ORDERED:

Dated:     New York, New York
           April 20, 2021

                                _____
                                       DENISE COTE
                                United States District Judge